# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Chaim Setareh, 204514<br>Law Office of Shaun Setareh<br>9665 Wilshire Blvd., Suite 430<br>Beverly Hills, CA 90212<br>TELEPHONE NO.: (310)888-7771<br>ATTORNEY FOR (Name): Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| Superior Court of California, Los Angeles County<br>111 N. Hill Street<br>Los Angeles, CA 90012-3117 |

| PLAINTIFF/PETITIONER: Alec Ligorria, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Loomis Armored US, LLC, et al. | 22STCV21516 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>LOOMIS |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, Alternative Dispute Resolution Information Package, Voluntary Efficient Litigation Stipulations, First Amended General Order, Notice of Case Assignment Alternate Dispute Resolution Packet, Voluntary Efficient Litigation Stipulation Packet

3. a. Party served: LOOMIS ARMORED US, LLC, a Texas limited liability company

   b. Person Served: CT Corp - Sarai Marin, Process Specialist - Person Authorized to Accept Service of Process

4. Address where the party was served: 330 N Brand Blvd, ste 700
   Glendale, CA 91203
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 07/06/2022    (2) at (time): 12:32PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   LOOMIS ARMORED US, LLC, a Texas limited liability company
   under: Other: Limited Liability Company

7. **Person who served papers**
   a. Name:       Jessica Brown
   b. Address:    One Legal - P-000618-Sonoma
                  1400 North McDowell Blvd, Ste 300
                  Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 32.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 2019217220
          (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 07/06/2022

Jessica Brown
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>OL# 18486726 |
|---|---|---|